No. 88–6509. WALKER v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 88–6510. VIDAURE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6514. LATCHINIAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6517. CABRERA v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 88–6518. COUZENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6521. BELL v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 88–6522. CLARK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–6523. SINGH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6526. LEIBOWITZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–6528. LaROQUE v. UNITED STATES ET AL.; and IN RE LaROQUE. C. A. D. C. Cir. Certiorari denied.

No. 88–6534. RYAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6545. JOINER v. SOLEM, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–6551. ORTEGA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6556. COX v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–6558. RITTENOUR v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.